Case 1:19-cv-00665-DAD-SKO   Document 1-1   Filed 05/15/19   Page 1 of 10

# EXHIBIT A
# TO BMW'S NOTICE OF REMOVAL

**CT Corporation**

Service of Process Transmittal
04/16/2019
CT Log Number 535309632

| | |
|---|---|
| **TO:** | Howard Harris<br>BMW of North America, LLC<br>300 Chestnut Ridge Road<br>Woodcliff Lake, NJ 07677-7731 |
| **RE:** | Process Served in California |
| **FOR:** | BMW of North America, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JAMES DAMICO, etc., Pltf. vs. BMW of North America, LLC, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Notice, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Fresno County - Superior Court - Fresno, CA<br>Case # 19CECG01219 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2014 BMW X5 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/16/2019 at 15:45 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Terry L Baker<br>820 Bay Avenue, Suite 230L<br>Capitola, CA 95010<br>831-476-7900 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/17/2019, Expected Purge Date: 04/22/2019<br><br>Image SOP<br><br>Email Notification,  Diane Carbone  Diane.Carbone@bmwna.com<br><br>Email Notification,  Gino Palacios  Gino.Palacios@bmwnaext.com<br><br>Email Notification,  WR Litigation  WR_LITIGATION@bmwna.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of  1 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

APR 1 6 2019

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

BMW OF NORTH AMERICA, LLC, a limited liability corporation; and DOES ONE through TWENTY

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JAMES DAMICO, an individual

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

E-FILED

4/11/2019

Superior Court of California
County of Fresno
By: M. Douangkham, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Fresno County Superior Court

1130 "O" Street, Fresno, CA 93724

**CASE NUMBER:** *(Número del Caso):* 19CECG01219

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Terry L. Baker, 820 Bay Avenue, Suite 230L, Capitola, CA 95010 831.476.7900

DATE: 4/11/2019
*(Fecha)*

Clerk, by M. Douangkham , Deputy
*(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* BMW of North America, LLC, a limited liability corporation

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☒ other *(specify):* Corps. C. 17701.16 (LLC)
4. ☒ by personal delivery on *(date):* APR 1 6 2019

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

| SUPERIOR COURT OF CALIFORNIA • COUNTY OF FRESNO<br>Civil Unlimited Department, Central Division<br>1130 "O" Street<br>Fresno, California 93724-0002<br>**(559) 457-1900** | FOR COURT USE ONLY<br>4/12/2019<br>Filed by Court |
|---|---|
| TITLE OF CASE:<br><br>**James Damico vs. BMW of North America, LLC** | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE AND ASSIGNMENT OF JUDGE FOR ALL PURPOSES** | CASE NUMBER:<br>**19CECG01219** |

**To All Parties and their Attorneys of Record: Terry L Baker**

> This case has been assigned to **Kimberly Gaab**, Judge for **all purposes**.
> All future hearings will be scheduled before this assigned judge.

You are required to appear at a Case Management Conference on **08/22/2019** at **3:30 PM** in **Department 402** of the court located at 1130 "O" Street, **Fresno, California.**

You must comply with the requirements set forth in Fresno Superior Court Local Rule Chapter 2.

Failure to appear at the conference may result in imposition of sanctions, waiver of jury trial, or other adverse consequences.

**Defendants:** Appearance at the Case Management Conference does not excuse you from having to file your response in proper legal form within 30 days after the Summons is served on you. You could lose the case if you do not file your response on time. If you do not know an attorney, and do not have one, you may call an attorney referral service or a legal aid office (*listed in the phone book*).

---

### DECLARATION

I declare under penalty of perjury under the laws of the State of California that I gave a copy of the **Notice of Case Management and Assignment of Judge for All Purposes** to the person who presented this case for filing.

Date: **4/12/2019** _____  Clerk, by **Mary Douangkham** _____ , Deputy

---

TERRY L. BAKER   (SBN 214365)
820 Bay Avenue, Suite 230L
Capitola, CA 95010
Tel:   (831) 476-7900
Fax:   (831) 476-7906
tbaker@consumerlawgroup.net

Attorney for Plaintiff
JAMES DAMICO

E-FILED
4/10/2019 9:26 AM
Superior Court of California
County of Fresno
By: M. Douangkham, Deputy

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF FRESNO

| | |
|---|---|
| JAMES DAMICO, an individual, | Case No. 19CECG01219 |
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | Violations of Song-Beverly Warranty Act; Violations of Magnuson-Moss Warranty Act; and Breach of Warranty |
| BMW OF NORTH AMERICA, LLC, a limited liability corporation; and DOES ONE through TWENTY, | |
| Defendants. | |

Plaintiff alleges that, at all times relevant:

### FACTS COMMON TO ALL COUNTS

**1.**   Defendant BMW of North America, LLC (hereinafter "BMW") is a duly authorized Delaware limited liability company doing business in Fresno County, California.

**2.**   Plaintiff does not know the true names of the defendants sued herein as Does One through Twenty and sues said defendants pursuant to the provisions of Code of Civil Procedure § 474.

**3.**   On or about April 24, 2017, plaintiff purchased a certified pre-owned 2014 BMW X5 ("vehicle") which was manufactured and/or distributed, and warranted by BMW.

**4.**   In connection with the transaction, BMW issued to plaintiffs express warranties within the meaning of Cal. Civil Code § 1791.2, which were also written warranties within the meaning of 15 U.S.C. § 2301(6). By the terms of the express written

Damico v. BMW of North America, LLC, et al.   -1-   COMPLAINT

warranties, defendant promised that the vehicle's material and workmanship was defect free, undertook to preserve and maintain the utility and performance of the vehicle and to provide compensation if there is a failure in utility or performance, and agreed to refund, repair, replace, or take other remedial action with respect to the vehicle.

5. Plaintiff purchased the vehicle primarily for personal, family or household purposes.

6. Subsequent to plaintiff's purchase, the vehicle exhibited numerous defects and nonconformities covered by the warranties which substantially impair the use, value and safety of the motor vehicle to the plaintiff.

7. Plaintiff delivered the nonconforming motor vehicle to BMW's authorized repair facilities for repairs pursuant to the terms of the warranties. Defendant has failed to repair or replace the vehicle, or provide restitution.

**FIRST CAUSE OF ACTION**
**Violations of the Song-Beverly Consumer Warranty Act**
**(By Plaintiff and against BMW)**

8. Plaintiff incorporates all preceding paragraphs.

9. Plaintiff is a "buyer" as defined by Cal. Civ. Code § 1791(b).

10. The vehicle is a "consumer good" as defined by Cal. Civ. Code § 1791(a).

11. BMW is a "warrantor" as contemplated by Cal. Civ. Code § 1795.

12. Plaintiff's purchase of the vehicle was a "sale" as defined by Cal. Civ. Code 1791(n).

13. BMW violated the Song-Beverly Act by failing to conform the vehicle to the express written warranties within a reasonable number of repair attempts or within the warranty periods and failing to promptly replace the vehicle or make restitution to the plaintiff.

14. The above-described defects, malfunctions, and nonconformities substantially impair the use, value, and safety of the vehicle.

15. Plaintiff has not made unreasonable or unintended use of the vehicle.

16. Pursuant to Civil Code § 1793.2(d), BMW must refund the price of the vehicle

to plaintiff.

17. Pursuant to Civil Code § 1794(a), plaintiff is entitled to restitution.

18. As a direct and proximate result of said violations of the Song-Beverly Act, plaintiff has sustained, and continue to sustain, actual, incidental and consequential damages in the approximate amount of $65,000 according to proof.

19. The failure of BMW to comply with the Song-Beverly Act was willful in that BMW had actual knowledge of the vehicle's defects and malfunctions, knew of its legal duties under the warranty and the law, but repeatedly refused to make necessary repairs and/or provide a refund.

20. Pursuant to Civil Code § 1794(c), plaintiff is entitled to a civil penalty of two times the amount of her actual damages.

21. Pursuant to Civil Code § 1794(d), plaintiff is entitled to reasonable attorney fees according to proof.

## SECOND CAUSE OF ACTION
### Breach of Implied Warranty—Song-Beverly Consumer Warranty Act
### (By Plaintiff and against BMW)

22. Plaintiff incorporates by reference all preceding paragraphs.

23. Pursuant to Cal. Civ. Code § 1792, the vehicle was accompanied by the retail seller's and the warrantor's implied warranty of merchantability.

24. Pursuant to Civil Code § 1793, and because of the existence of the express warranty, defendants may not disclaim, limit, or modify the implied warranties provided by the Song-Beverly Act.

25. Defendant breached the implied warranty of merchantability of Civil Code §§ 1791.1 and 1792 in that the above-described defects, malfunctions, and nonconformities render the vehicle unfit for the ordinary purposes for which it is used and it would not pass without objection in the trade.

26. Pursuant to Civil Code § 1794(a), plaintiff is entitled to restitution.

27. As a direct and proximate result of said breach of implied warranty, plaintiff has sustained, and continue to sustain, incidental and consequential damages in the

approximate amount of $65,000.00.

28. Pursuant to Civil Code § 1794(d), plaintiff is entitled to reasonable attorney fees according to proof.

### THIRD CAUSE OF ACTION
### Violations of the Magnuson-Moss Warranty Act
### (By Plaintiff and against BMW)

29. Plaintiff incorporates by reference all preceding paragraphs.

30. The vehicle is a "consumer product" as defined by 15 U.S.C. § 2301(1).

31. Plaintiff is a "consumer" as defined by 15 U.S.C. § 2301(3).

32. BMW is a "supplier" and a "warrantor" as defined respectively by 15 U.S.C.§ 2301(4) and (5).

33. The express written warranties are "written warranties" as defined by 15 U.S.C. § 2301(6).

34. BMW violated the Magnuson-Moss Warranty Act by failing to conform the vehicle to the express warranties within a reasonable number of attempts, a reasonable amount of time or within the warranty periods. Defendant failed to cure its failure to comply with the Act.

35. Prior to commencing this action, plaintiffs afforded BMW reasonable opportunities to cure the failures and to comply with the Act.

36. Pursuant to 15 U.S.C. § 2310(d)(1), plaintiff is entitled to the equitable remedies of rescission and restitution and/or damages. Plaintiff revokes acceptance of the vehicle and rescinds the contract. Plaintiff is entitled to restitution of all consideration given.

37. As a proximate result of the violations of the Act, plaintiff has sustained, and continue to sustain damages, both economic and noneconomic, in the approximate amount of $65,000.00.

38. Pursuant to 15 U.S.C. § 2310(d)(2), plaintiff is entitled to attorney fees and expenses reasonably incurred in connection with this action.

## FOURTH CAUSE OF ACTION
### Breach of Implied Warranty—Magnuson-Moss Warranty Act
### (By Plaintiff and against BMW)

39. Plaintiff incorporates by reference all preceding paragraphs.

40. Pursuant to 15 U.S.C. § 2301(7), the breaches by defendants of the state-law implied warranty of merchantability as set forth above also constitute breaches of implied warranties pursuant to the Magnuson-Moss Act.

41. Pursuant to 15 U.S.C. § 2310(d)(1), and because of said breaches of implied warranties, plaintiff is entitled to the equitable remedies of rescission and restitution and/or damages. Plaintiff revokes acceptance, rescinds the contract, and claim full restitution.

42. As a proximate result of the breaches of implied warranty, plaintiff has sustained, and continue to sustain, damages, both economic and noneconomic, in the approximate amount of $65,000.00.

43. Pursuant to 15 U.S.C. § 2310(d)(2), plaintiff is entitled to attorney fees and expenses reasonably incurred in connection with this action.

## FIFTH CAUSE OF ACTION
### Breach of Express Warranty
### (By Plaintiff and against BMW)

44. Plaintiff refers to and incorporates by reference all preceding paragraphs.

45. At all times herein mentioned, on and prior to April 24, 2017, BMW utilized media, professional publications and salespersons to urge the use and sale of the 2014 BMW X5, and expressly warranted to members of the general public, including the plaintiff herein, that the vehicle and its component parts were free from latent defects or inherent risk of failure and were effective, proper and safe for their intended use.

46. Plaintiff relied upon said express warranty representations of BMW in the purchase of the vehicle.

47. Defendant breached its warranties by selling vehicles that did not conform to the promises contained in the warranties.

48. After plaintiff sustained the damages complained of herein as a result of the defective condition of the vehicle, notice was given by plaintiff, who satisfied all terms of the

contract and requirements, except as may be excused by misconduct of the defendant. This complaint shall serve as further notice of the breach described herein.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment as follows:

1.. That the contract be adjudged rescinded.
2. For restitution.
3. For incidental and consequential damages.
4. For actual and statutory damages.
5. For reasonable attorney fees according to proof.
6. For costs and expenses incurred herein.
7. For such other relief as the Court deems proper.
8. For a civil penalty of two times plaintiff's damages.

Dated: April 8, 2019          Respectfully submitted,

TERRY L. BAKER
Attorney for Plaintiff

Damico v. BMW of North America, LLC, et al.   -6-   COMPLAINT