1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

12

JAMES DAMICO,                                    Case No.  1:19-cv-00665-DAD-SKO

13

            Plaintiff,                           **ORDER TO SHOW CAUSE WHY**
                                                **THIS CASE SHOULD NOT BE**
14

       v.                                        **RECOMMENDED FOR DISMISSAL**

15

BMW OF NORTH AMERICA, LLC,

16

            Defendant.

17

_____/

18

19          On September 20, 2019, the parties filed a Notice of Settlement indicating that settlement

20   had been reached and requesting until October 19, 2019 to file dispositional documents.  (Doc.

21   11.) By its order entered on September 23, 2019, the Court granted the parties' request and ordered

22   that the parties file, by no later than October 19, 2019, dispositional documents requesting

23   dismissal of the action due to a settlement.  (Doc. 12.)  The Court cautioned that "[f]ailure to

24   comply with this order may be grounds for the imposition of sanctions on any and all counsel as

25   well as any party or parties who cause non-compliance with this order."  (*Id.*)  The parties failed

26   to file their dismissal papers by October 19, 2019.  (*See* Docket.)

27

28

By its order entered on December 13, 2019, the Court ordered the parties to file their dismissal documents by no later than December 16, 2019. (Doc. 13.) To date, no dismissal documents have been filed.

Accordingly, the Court ORDERS that, by no later than January 10, 2020, the parties shall file dismissal documents or a statement showing cause why the Court should not recommend to the presiding district court judge that this action be dismissed. The Court further CAUTIONS the parties that, if they fail to file this statement by January 10, 2020, the Court will recommend to the presiding district court judge that this action be dismissed, in its entirety.

IT IS SO ORDERED.

Dated: __**December 31, 2019**__               _____/s/ *Sheila K. Oberto*_____
                                              UNITED STATES MAGISTRATE JUDGE