UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAMICO,<br><br>    Plaintiff,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC, and DOES 1 through 20, inclusive,<br><br>    Defendant. | No. 1:19-cv-00665-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 16) |

On January 21, 2020, Plaintiff filed a joint stipulation dismissing the action with prejudice. (Doc. 16.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 22, 2020**             /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE